# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JORGE ROJO,<br><br>    Defendant. | Case No. 2:12-cr-00216-LDG (VCF)<br><br>**ORDER** |

For good cause shown,

THE COURT **ORDERS** that the Motion to Withdraw as Counsel of Record (#84) is GRANTED.

DATED this 25 day of February, 2016.

_____
Lloyd D. George
United States District Judge